38 A.3d 820

Kyle RAINEY, Petitioner

v.

Seth WILLIAMS, Head of Philadelphia District
Attorney's Office, Respondent.

No. 129 EM 2011.

Supreme Court of Pennsylvania.

Feb. 22, 2012.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

---

38 A.3d 821

BUCKS COUNTY SERVICES, INC. and Concord Coach Limo t/a
Concord Coach Taxi and Concord Coach USA t/a Bennett Taxi
and Dee–Dee Cab Company t/a Penn Del Cab and Germantown
Cab Company and MCT Transportation, Inc. t/a Montco Subur-
ban Taxi and Rosemont Taxicab Co., Inc., Petitioners

v.

PHILADELPHIA PARKING AUTHORITY and Pennsylvania
Public Utility Commission, Respondents.

Executive Transportation Company, Inc., t/a Luxury Sedan
Service, and McQ's Enterprises, Inc., t/a Yellow Cab
Company and Arink, Inc., Petitioners

v.

Philadelphia Parking Authority, Respondent.

Supreme Court of Pennsylvania.

Feb. 22, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of February, 2012, the Application for Expedited Consideration of Appeal is **DENIED.**

---

38 A.3d 821

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Serhiy HUDZ, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 23, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of February, 2012, the Petitioner's "Emergency Petition for Early Decision on Request for Supreme Court to Hear Case of Serhiy Hudz" is **DENIED.** The Petition for Allowance of Appeal is **DENIED.**